Disposition of Petitions for Discretionary Review Under G.S. 7A-31

KAPP v. KAPP

No. 273PA93

Case below: 336 N.C. 295

Petition by plaintiffs to rehear pursuant to Rule 31 denied 28 July 1994.

SMITH v. UNDERWOOD

No. 4A94

Case below: 336 N.C. 306

Petition by plaintiffs to rehear pursuant to Rule 31 denied 12 July 1994.